IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMARA LOFTIS,
*On behalf of I.T.*,

    Plaintiff,

vs.

CAROLYN W. COLVIN,

    Defendant.          Case No. 12-cv-930-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by Chief Judge David R. Herndon, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Tamara Loftis, on behalf of I.T., and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
14:57:11 -05'00'

**Chief Judge
United States District Court**